**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | 1:06-CR-31 (WLS) |
| NICOLE WENSIL, | : | |
| Defendants. | : | |

## O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth (Doc. No. 194), filed May 19, 2008. It is recommended that Defendant's petitions to vacate be denied.. (Docs. No. 176, 178). Plaintiff has not filed an objection to the Report and Recommendation.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendant's petitions to vacate (Docs. No. 176, 178) are **DENIED.**

SO ORDERED, this __18th__ day of July, 2008.

                                                   /s/W. Louis Sands
                                           **W. Louis Sands, Judge**
                                           **United States District Court**