IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

NICOLE WENSIL,

 Petitioner,

v.

UNITED STATES OF AMERICA,

 Respondent.

Case No. 1:06-CR-31-002 (WLS)
Case No.:1:10-CV-90082 (WLS)
28 U.S.C. § 2255

**ORDER**

 Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed December 17, 2010. (Doc. 236). It is recommended that Petitioner's Motion to Vacate, Set Aside, or Correct Her Sentence, which is Petitioner's second challenge to her original sentence, filed pursuant to 28 U.S.C. § 2255 (hereinafter "§ 2255 Motion") (*see* Doc. 219), be dismissed for failure to obtain proper authorization from a court of appeals to file her successive § 2255 Motion in this Court. (Doc. 236 at 2-3).

 The Report and Recommendation provided the Parties with fourteen (14) days[1] from the date of its service to file written objections to the recommendations therein. (*Id.*). The period for filing objections expired on Monday, January 3, 2011; no objections have been filed to date. (*See* Docket).

 Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 236) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly,

---

[1] The Parties were given an additional three days because service was made by mail. *See* Fed. R. Civ. P. 6(d) (adding three days to specified period within which a party may act if service is made under Rule 5(b)(2)(C) by mailing process to a party's last known address).

Plaintiff's Motion to Vacate, Set Aside, or Correct Her Sentence, filed pursuant to 28 U.S.C. § 2255 (*see* Doc. 219) is **DISMISSED**.

**SO ORDERED**, this  19th  day of January 2011.

                                           /s/ W. Louis Sands
                                           **THE HONORABLE W. LOUIS SANDS,**
                                           **UNITED STATES DISTRICT COURT**